STATE v. THOMAS

No. 568P02

Case below: 153 N.C. App. 326

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 December 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. WILSON

No. 605A02

Case below: 154 N.C. App. 127
Motion by Attorney General for temporary stay allowed 6 December 2002.

STATE v. WOOLRIDGE

No. 41PA02

Case below: 147 N.C. App. 685

Motion by Attorney General to deny petition for discretionary review denied 19 December 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 19 December 2002.

VANHOY v. DUNCAN CONTRS., INC.

No. 564P02

Case below: 153 N.C. App. 320

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

WILLEY v. WILLIAMSON PRODUCE

No. 159A02

Case below: 149 N.C. App. 74

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.